W. J. BROWN v. FRANK L. DUNN.

FILED OCTOBER 17, 1893.   No. 4865.

Review: BRIEFS: PRACTICE.   Where no briefs are filed by either party in a case brought here on error, this court will examine the pleadings and evidence, and if they support the judgment rendered, it will be affirmed.   To obtain a review of specific errors they must be pointed out in the brief of the party complaining.   *Phœnix Ins. Co. v. Reams*, 37 Neb., 423, followed.

ERROR from the district court of Lancaster county. Tried below before FIELD, J.

*Harwood, Ames & Kelly*, for plaintiff in error.

*Adams & Scott, contra.*

RAGAN, C.

This is an action of forcible detainer brought by Frank L. Dunn against W. J. Brown.   The district court of Lan-

caster county, after a trial to a jury and a finding by them that the defendant was guilty, rendered judgment of restitution against Brown and he brings the case here on error.

No briefs have been filed by either party. The judgment of the district court is supported by both the pleadings and the evidence. The case appears to have been brought here simply for delay. We will not examine errors alleged in a petition in error unless such errors are specifically pointed out and relied upon in the briefs filed in the case, under the rules of this court. (*Phœnix Ins. Co. v. Reams*, 37 Neb., 423.) The judgment of the district court is

AFFIRMED.